**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6155**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

D'ANGELO DUNLAP,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge.  (8:01-cr-00097-PJM-1)

Submitted:  November 4, 2021                    Decided:  November 9, 2021

Before THACKER and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

D'Angelo Dunlap, Appellant Pro Se.  Gary Michael Morgan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

D'Angelo Dunlap appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239, and the order denying his motion for reconsideration. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Dunlap's motions. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (per curiam) (stating standard), *cert. denied*, No. 21-5624, 2021 WL 4733616 (U.S. Oct. 12, 2021). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*